TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00599-CR






Phill Raije Rian, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 06-1562-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Appellant has filed a motion to abate this appeal for the trial court to (1) conduct a
hearing on her motion for new trial; and (2) make findings of fact on the voluntariness of her
statements to the police.

Whether appellant was entitled to a hearing on her motion for new trial is an issue that
she may raise on appeal and that, if raised, we will decide in light of the record as a whole and the
arguments of counsel. The motion to abate for a hearing on the motion for new trial is overruled.

The motion to abate for findings of fact is granted. The trial court shall make and file
a written order "stating its conclusion" regarding the voluntariness of appellant's statements and "the
specific finding of facts upon which the conclusion was based." Tex. Code Crim. Proc. Ann. art. 

38.22, § 6 (West 2005). A supplemental clerk's record containing this order shall be tendered for
filing no later than thirty days from the date of this opinion.

 


 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Abated

Filed: July 31, 2008

Do Not Publish